An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL D. LUDLOW,
Appellant,
vs.
ROCHELLE LUDLOW,
Respondent.

No. 61777

**FILED**

APR 11 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____S. Young_____
DEPUTY CLERK

## *ORDER OF AFFIRMANCE*

This is a fast track child custody appeal from a district court decree of legal separation. Eighth Judicial District Court, Family Court Division, Clark County; Jennifer Elliott, Judge.

During a settlement conference before the district court, the parties came to a settlement off the record. Appellant drafted a proposed decree of legal separation. Respondent contended that the proposed decree did not reflect the settlement terms, and the parties reached an impasse. Thereafter, appellant filed a motion in the district court to enforce the settlement and enter a decree of legal separation. Respondent opposed the motion, arguing that appellant's proposed decree did not comport with the settlement. The district court ordered counsel to submit the documentation produced during the settlement conference and informed the parties that it would draft a decree. Following entry of the final decree by the court, appellant filed this appeal.

On appeal, appellant contends, without citation to legal authority, that the district court erred in entering a stipulated decree of legal separation when the parties did not agree to all of the terms. Appellant further argues that the court did so without a trial or evidentiary hearing and in violation of his due process rights. Respondent

SUPREME COURT
OF
NEVADA

(O) 1947A

14-11752

contends that appellant admitted below that the parties' reached a settlement agreement, requested that the district court enforce the agreement, and did not ask the court for an evidentiary hearing or trial.

This court does not need to consider any argument that is unsupported by legal authority. *Sengel v. IGT*, 116 Nev. 565, 573, 2 P.3d 258, 263 (2000); *see also Edwards v. Emperor's Garden Rest.*, 122 Nev. 317, 330 n.38, 130 P.3d 1280, 1288 n.38 (2006). In the fast track statement, appellant fails to cite any authority to support his arguments. In addition, appellant does not identify the settlement terms that he claims were disputed, and thus, we are unable to adequately evaluate his argument. Moreover, the record supports respondent's contention that appellant did not request a trial in the district court.

As appellant has failed to demonstrate that he is entitled to relief, we

ORDER the judgment of the district court AFFIRMED.

_____ , J.
Pickering

_____ J.
Parraguirre

_____ , J.
Saitta

cc:    Hon. Jennifer Elliott, District Judge, Family Court Division
Robert E. Gaston, Settlement Judge
Sterling Law, LLC
Roberts Stoffel Family Law Group
Eighth District Court Clerk